

# NUMBER 13-16-00346-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FAITH OZCELEBI, M.D.,**                                                      **Appellant,**

**v.**

**K. V. CHOWDARY, M.D. INDIVIDUALLY
AND D/B/A VALLEY GASTROENTEROLOGY
CLINIC, P.A.; VALLEY GASTROENTEROLOGY
CLINIC P.A.,**                                                                 **Appellees.**

---

**On appeal from the County Court at Law No. 7
Of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Contreras and Benavides
Order Per Curiam**

On December 27, 2017, appellant, Fatih Ozcelebi, filed a motion requesting for

this Court to order the Hidalgo County Clerk to provide this Court with the original exhibits

found in the second volume of the supplemental clerk's record at pages 98–165. We GRANT appellant's motion. The clerk of the trial court is ORDERED to forward the original exhibits contained in the second volume of the supplemental clerk's record on pages 98–165 to this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of January, 2018.